AO 442 (Rev. 11/11) Arrest Warrant

ORIGINAL

SEALED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
| :--- | :--- |
| v. | ) Case No. 2:19cr53 |
| Richard Yaw Dorpe | ) |
| a/k/a "Jerry Linus" or "Jerry Nils" | ) FID # 10853908 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Richard Yaw Dorpe ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

T.18 USC Section 1343 - Wire Fraud (Count 1, et al)

Date: 04/04/2019

*Issuing officer's signature*

City and state: Norfolk, Virginia

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 1-8-2021
at *(city and state)* Suffolk, VA .

Date: 1-8-2021

FBI Agent Bobby Shearin
*Arresting officer's signature*

*Printed name and title*