IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**UNITED STATES OF AMERICA,**

v.  **CRIMINAL NO. 2:19cr53**

**RICHARD YAW DORPE,**

    **Defendant.**

## ORDER ACCEPTING PLEA OF GUILTY

The defendant, by consent, appeared by remote proceedings before the court with counsel, pursuant to Federal Rule of Criminal Procedure 11, and referral from United States District Judge Arenda L. Wright Allen and has entered a plea of guilty to Count One of the Indictment. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the court determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. The court therefore accepts the plea of guilty.

The clerk is directed to deliver a copy of this Order to counsel for the United States and to counsel for the defendant.

                                                          DOUGLAS E. MILLER,
                                                          UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia

May 5, 2021